FILED

JUL 20 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

Plaintiff Lowell Green #00518622

v.                                    Case No. SA:23-CV-00902 JKP

Defendant U.S. District Court Employees of Eastern District of Texas, et al

_____

Please See attached Writ

ESC

Case 6:23-cv-36 Civil Rights Page 1 of 4

(1) UNITED STATES SUPREME COURT is THE HIGHEST COURT IN THE UNITED STATES OF AMERICA. Art. III OF THE UNITED STATES CONSTITUTION. All clerk and judge(s), are subordinates bound by Oath or Affirmation to be honest under Art. VI of the United States Constitution and with all due respect any [i] Judge who deliberately violate his Oath should disqualify him or herself for inability to abide by the Rule of Law, and Fraudulent Concealment of the Prisoner." ? 18 USC § 1965 (RICO) prima facie case committed by the United States District Court (employees) Eastern District of Texas (Tyler Division) On Writ of Certiorari: UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TEXAS OFFICE OF THE CLERK DAVID A. O'TOOLE, CLERK 211 West Ferguson Street Tyler, Texas 75702. LOWELL DEQUINCY GREEN, DC#F519022 283d District Court of Dallas County, Texas (3753 Bernal Drive) 75212. May 23, 1989, (UMV) Texas Penal Code Ann. § 31.07 Cause no.

U.S. COURT OF APPEALS RECEIVED MAY 30 2023 FIFTH CIRCUIT

RECEIVED APR 24 2023 OFFICE OF THE CLERK SUPREME COURT, U.S.

Page 1. Lowell Green Date: 4/10/2023

See other side.

Page 2 of 4

F89-9700-H, On or about May 29, 1989, LOWELL DELWINCY GREEN did then and there unlawfully, knowingly and intentionally operate a motor-propelled vehicle, namely: an automobile, without the effective consent of Richard Elliott, the Owner thereof. Against the Peace and Dignity of the State. Grand Jury Foreman Janet Harder, April 1989. (omitted) Intentionally, or Knowingly operate a Light Blue Cadillac Automobile. Tex. Penal Code Ann. § 31.07 (UUMV) and ~~court~~ ~~~~ failed to allege the Make, Model, License Plate Number, License Plate Year, Vehicle Identification Number, Value of the Automobile, rendered cause no. F89-9700B-H (Fundamentally) defective on its face and does not allege any offense under Texas laws, thus. the August 10, 1989

(2) (Illegal restraint 49-1032) 5th, or Lowell Green 8/25/ page 3. (3:18-cv-145mbs)

8

The Fifth Circuit held, In Marshall v. Norwood, 741 F.2d 761, 763 (5th Cir. 1984) <s>communi-zable claim stated by assertion</s> that property was lost or destroyed pursuant to established state procedure that recklessly disregards prisoners property.

HOLDING

8. <s>Lowell DeQuincy Green</s> / unlawfully held is Treason. 19-10322 Mau 23. 1989. DID-TX03036024 (3). 18-CN-1454-M-BX) Ken Paxton Appeared (6:22-CN-36 $14 Million Dollars " under color of state law"

" Excessive Confinement "

Lowell DeQuincy Green # 518622 19-10322
July 12, 2023. FINAL JUDGMENT.

Case no. 6:22-CV-36. Jan. 26, 2023. Lowell Green Page 3 of 4

(3) Senior Warden. EXHIBIT Property Tag

6/19/2023   (4/25/2023) Defendant(s)

(4) Sir, I, Lowell Green #518622 8-K-65B have a right to have my legal books and Fan, and personal property from Ms. Brim.

(5) I have not received my property in over 2 months. PD-22 Rule 23 prohibit mistreatment of offenders.

(6) 18 USC §242 violating civil right is a crime. Ms. Salias @ refusing to process my grievances is a violation of federal law. No official have the Authority to violate the law. Abuse of Power, is a crime against @ Public Policy.

*No property is in the property room*

(7) I demand my property.
Lowell Green #518622
8-K-65B   6/19/2023

CC: Property — page 3   OTHER SIDE